In the Matter of the Application of ARTHUR WINFIELD DAY, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act to Review a Determination of ERNEST E. COLE, Commissioner of Education of the State of New York, and Others, Respondents.— Application for stay. Stay granted, without costs, upon condition that the appeal be prosecuted expeditiously. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ULYSSES JENKINS, Appellant, against DUMP TRUCK SERVICE and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— It now appearing that no notice of appeal was ever served, the decision of this court, dated November 12, 1941 [ante, p. 752], granting appellant leave to appeal on a typewritten record, is vacated. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of PAUL P. SULLIVAN, an Attorney.— Matter of the application of Paul P. Sullivan for reinstatement as an attorney and counsellor at law continued until January, 1943, Order and General Calendar Term of this court. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.